```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

**FRANK SENIOR,**

              **Plaintiff,**

    - against -

**IMAGINATION ENTERPRISES, LLC,**

              **Defendant.**

------------------------------------------------------

23-cv-5495 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The Consent Decree alleges that it "resolves, settles, and compromises all issues between the Parties in the Action." ECF No. 9-1, ¶ 4. The parties should report to the Court on whether there are any other agreements between the parties and, if so, should file any such agreements by **August 31, 2023.**

**SO ORDERED.**

**Dated:**    **New York, New York**
              **August 24, 2023**

                                        /s/ John G. Koeltl
                                          **John G. Koeltl**
                                **United States District Judge**