UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FRANK SENIOR, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

    Plaintiffs,

      v.

IMAGINATION ENTERPRISES, LLC,

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:23-cv-5495

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), FRANK SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, IMAGINATION ENTERPRISES, LLC, with prejudice and without fees and costs.

Dated: New York, New York
   August 31, 2023

GOTTLIEB & ASSOCIATES

/s/Michael A. LaBollita, Esq.

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

SO ORDERED:
/s/ John G. Koeltl
United States District Court Judge

The Clerk is directed to close this case.

so ordered.
/s/ John G. Koeltl U.S.D.J.
10/18/23